IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**QUASHAWN AKEEM HATCHER,**

    Plaintiff,

v.                                                           Civil Action No. **3:23CV471 (RCY)**

**HAROLD W. CLARKE,**

    Defendant.

## MEMORANDUM OPINION

    By Memorandum Order entered on September 28, 2023, the Court directed Plaintiff to pay an initial partial filing fee of $27.82 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall issue.

                                                                    /s/ RCY
                                                      Roderick C. Young
                                                      United States District Judge

Date: November 22, 2023
Richmond, Virginia